Pro Se 14 (INND Rev. 2/20)



page 1

FILED
AUG 16 2021

At _____ M
GARY ___ L, Clerk
U.S. DISTR___ COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Frank Stambaugh
_____
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Jeremy Bridle
_____
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

## 1:21CV 310

Case Number _____
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* <br> Jeremy Bridle | 35 S. Broadway <br> Peru IN 46970 |
| 2 | *[Put the names of any other defendants in these boxes.]* <br> Tyler Sthoeffner | 35 S. Broadway <br> Peru IN 46970 |
| 3 | Samanth Raber | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? _Miami County Jail_
_____

3. Did the event you are suing about happen there? ◯ Yes.  ◉ No, it happened at: _____

4. On what date did this event occur? (June 17th 2021   6-10-20  2-26-20 Raber & Sthoeffner   Jeremy Bridle)

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Frank Stambaugh was being harrassed on several occasions by Defendant Jeremy Brindel. I have been refused my formal Complaint several times by Officer Raber That is no longer on Peru Police department. After to many complaints. 3 Officer Tyler Shoeffner Stated that they would not do a formal Complaint on their self and their own officer. I then was pulled over and was The passenger by Defendant Tyler Shoeffner & Defendant Samantha Raber, for the driver not using her turn signal. They said I had been moving around. When really I was speaking with the driver Katlynn Chittum, she was licensed. Then officers. Shot me with a Tazer. One Shot me after the other. One grabbed my Shirt why I was in the Car then the other one backed up & Shot me again. They all three were pulling my people & family over asking questions about me when I had no warrants at the time. When I was Tazed I had not been Combative in any way and I was sitting inside the car.

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

No ~~weapons~~ weapons on me did not resist at the time of being pulled over. the pull over was not for me it was because the driver did not use her turn signal. I was a passenger in the vehicle. ~~State~~ I recently was stopped again and was the passanger and was made to get out of the car after I was no threat and was not resisting. They said officers were doing a weapons search. Not letting me leave (Tyler Sheffner) made me, Frank Stambaugh get out of the car To conduct a search instead of ~~releasing~~ me, Racial profiling. Jerman Brindle Defendent one just lost a lawsuit to my brother. And has had and it shows a vendatta towards me. He was not suppose to get me out and do any thing but a limted frisk or patdown not run my pockets. I have ptsd and high anxiety because ~~these~~ these police officers and the Peru Police Department because I was tazed twice while being a passanger in my own vehicle. I was not resisting at all the driver had her license first contact was Defendent (Tyler Shoeffner) Then I was shot by (Samantha Raber) with tazer then I wrestled to the ground by seven officers to the Point that the prongs were stuck in my back. I now think about running from them instead of asking for help. I get Anxiety so much that I sometimes do Not leave the house Due to this

Pro Se 14 (INND Rev. 2/20)

page 4

5. When did this event happen?

       ● Before I was confined.

       ○ While I was confined awaiting trial.

       ○ After I was convicted while confined serving the sentence.

       ○ Other: _____

6. Have you ever sued anyone for this exact same event?

       ● No.

       ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

       ● No, this event is not grievable at this prison or jail.

       ○ Yes, I filed a grievance and attached is a copy of the response from the final step.

       ○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?

    [*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

I would like an Protective order put on those officers and I would like a million for my PTSD. an for my high anxiety

_____

_____

[*Initial Each Statement*]

FS   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

FS   I will keep a copy of this complaint for my records.

FS   I will promptly notify the court of any change of address.

FS   I WILL NOT send more than one copy of any filing to the court.

FS   I WILL NOT send summons, USM-285, or waiver forms to the clerk.

FS   I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 08 / 13 /20 21 at 2:14 P.m. am/pm.

[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_Frank Steinbaugh_

Signature

_67531_

Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]