UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **FRANK STAMBAUGH,** | |
| **Plaintiff,** | |
| v. | **CAUSE NO. 1:21-CV-00310-HAB-SLC** |
| **JEREMY BRINDLE,** *et al.*, | |
| **Defendants.** | |

## ORDER

Frank Stambaugh, a prisoner without a lawyer, filed this case in the Fort Wayne Division against three officers of the Peru Police Department related to events occurring in Miami County, which is within the geographical boundaries of the South Bend Division. He is presently incarcerated at the Miami Correctional Facility, which is also in Miami County. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED.

Entered this 25th day of August 2021.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge